United States District Court
Southern District of Texas

**ENTERED**

June 03, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| S.E.A.M.,[1] | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01018 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Miguel Vergara, ICE Field Office Director; David Venturella, Acting Director of ICE; U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of U.S. Department of Homeland Security; U.S. Department of Homeland Security; and Todd Blanche, U.S. Attorney General, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than June 10, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. If Respondents are unable to identify Petitioner based on the information within the petition, they are **ORDERED** to contact Petitioner's counsel to obtain additional identifying information. Should Petitioner wish to file a reply, they must do so **no later than June 17, 2026.**[2]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), and this Order on the United States Attorney for the Southern District of Texas via electronic

---

[1] Petitioner requests leave to proceed under pseudonym. (Dkt. No. 1 at 5). The Court **GRANTS** Petitioner's request for leave to proceed under pseudonym. Courts in the Fifth Circuit have granted similar motions, and in some cases, apply initialed pseudonyms to cases of this nature as a matter of course. *See, e.g.*, *M.A.P.S v. Garite*, No. 3:25-CV-171, slip op. (W.D. Tex. May 13, 2025) (granting Petitioner-Plaintiff leave to proceed under pseudonym); *see also Aliosky O.T.P. v. Warden*, No. 1:26-CV-147, slip op. at 1 n.1 (S.D. Tex. Feb. 27, 2026) ("Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial."). As such, Petitioner may proceed under the pseudonym "S.E.A.M."

[2] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on June 3, 2026.

John A. Kazen
United States District Judge

2 / 2