United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| S.E.A.M., | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01018 |
| | § | |
| MIGUEL VERGARA, *et al.,* | § | |
|     Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 6). Respondents advised the Court on June 11, 2026, that Petitioner would be removed to Honduras as he is subject to a final order of removal. (Dkt. Nos. 6, 8).

Accordingly, Petitioner may no longer be detained. The parties are **ORDERED** to confer and file a joint advisory **by July 2, 2026,** addressing whether Petitioner remains detained and the status of his claims. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date.

It is so **ORDERED**.

**SIGNED** on June 25, 2026.

John A. Kazen
United States District Judge